U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

970 Broad Street, Suite 700
Newark, New Jersey 07102

*general number:* (973) 645-2700
*telephone:* (973) 645-2925
*fax:* (973) 297-2010
*e-mail :david.dauenheimer2@.gov*

September 23, 2016

The Honorable Freda L. Wolfson, U.S.D.J
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: United States of America, ex rel. Erfle v. Sanofi-Aventis
Civil Action No.: 11-0456 (FLW)

Dear Judge Wolfson:

This letter is to bring to the Court's attention a matter on its docket which may have been overlooked. On May 4, 2012, the United States filed its Notice to Decline Intervention in this case, and on that same day the Court signed an order unsealing this matter. The normal course for a *qui tam* matter such as this would be for the relator to then either pursue the case or voluntarily dismiss. However, there does not appear to have been any activity since our declination and the Court's unsealing order.

Given the above we respectfully suggest that a call for dismissal for failure to prosecute may be appropriate.

Thank you for your attention to this matter.

Very truly yours,

PAUL J. FISHMAN
United States Attorney

By: _____
David E. Dauenheimer
Assistant U.S. Attorney